No. 299.   RUTHBELL COAL CO. *v.* STANTON, ADMINISTRATRIX.   October 8, 1945.   Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

*Mr. F. E. Parrack* for petitioner.